

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00745-CV

**IN RE** Je'Niese **LANDERS**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On November 24, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 30, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-16597, styled *In the Interest of J.R.C.V., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding.